## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Lillian Brito,
*individually and on behalf of*
*all others similarly situated,*

      Plaintiff,

                                Case No.: 8:22-cv-02808-SDM-JSS

v.

Macy's.com LLC,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW, Plaintiff, Lillian Brito, by and through the undersigned counsel, and hereby dismisses her individual claims with prejudice and without costs, and dismisses the alleged class claims without prejudice and without costs.

Respectfully submitted by:

/s/ *Benjamin W. Raslavich*
**BENJAMIN W. RASLAVICH, ESQ.**
Florida Bar No.: 0102808
**KUHN RASLAVICH, P.A.**
2110 West Platt Street
Tampa, Florida 33606
Telephone: (813) 422 – 7782
Facsimile: (813) 422 – 7783
Ben@theKRfirm.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Benjamin W. Raslavich*
Benjamin W. Raslavich, Esquire
Florida Bar No.: 0102808